**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By: John C. Atkin, Esq.
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel.: (973) 314-8010 / Fax: (833) 693-1201
JAtkin@atkinfirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Civil Case No. 2:21-cv-15681-WJM-AME |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER** |
| ████████████, | |
| Defendant. | |

     **THIS MATTER** having been opened to the Court by John C. Atkin, Esq., on behalf of Plaintiff Strike 3 Holdings, LLC ("Plaintiff"), for entry of default judgment against Defendant John Doe subscriber assigned IP address 96.242.53.79 a/k/a ████████████ ("Defendant"), pursuant to Federal Rule of Civil Procedure 55(b)(2); it appearing that Defendant has failed to plead or otherwise defend in this action; the Court having considered Plaintiff's written submissions in connection with the motion pursuant to Federal Rule of Civil Procedure 78, and for good cause shown,

     **IT IS** on this _____ day of _____, 202__,

**ORDERED** and **ADJUDGED** that **DEFAULT JUDGMENT** be and hereby is entered in favor of Plaintiff Strike 3 Holdings, LLC, and against Defendant ███████, residing at ████████████████████ ████, as to each any every count in Plaintiff's First Amended Complaint [D.E. 12 & 13].

**IT IS FURTHER ORDERED** that Defendant is permanently enjoined from continuing to infringe on Plaintiff's copyrighted works, pursuant to 17 U.S.C. § 503;

**IT IS FURTHER ORDERED** that Defendant is required to delete and permanently remove the digital media files relating to Plaintiff's copyrighted works from each of the computers under Defendant's possession, custody, or control, pursuant to 17 U.S.C. § 503(b);

**IT IS FURTHER ORDERED** that Defendant is required to delete and permanently remove the infringing copies of Plaintiff's copyrighted works that Defendant has on computers under Defendant's possession, custody, or control, pursuant to 17 U.S.C. § 503(b);

**IT IS FURTHER ORDERED** that Defendant shall pay to Plaintiff the amount of **$20,250**, which represents the minimum statutory damages permitted for the twenty-seven (27) copyrighted works Defendant infringed upon, pursuant to 17 U.S.C. § 504(a) and (c);

**IT IS FURTHER ORDERED** that Defendant shall pay to Plaintiff its filing and service costs in the amount of **$507**, pursuant to 17 U.S.C. § 505;

**IT IS FURTHER ORDERED** that Defendant shall pay to Plaintiff post-judgment interest at the current legal rate allowed and accruing, pursuant to 28 U.S.C. § 1961, as of the date of this Default Judgment until the date of its satisfaction;

**IT IS FURTHER ORDERED** that the Clerk of the Court shall revise the caption of this matter to identify Defendant as "█████████"; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall unseal all documents that have been filed under temporary seal in this matter.

By: _____
       HON. WILLIAM J. MARTINI
       UNITED STATES DISTRICT JUDGE

☐ Opposed
☐ Unopposed