**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By: John C. Atkin, Esq.
55 Madison Avenue, Suite 400, Morristown, NJ 07960
Tel.: (973) 314-8010 / Fax: (833) 693-1201
JAtkin@atkinfirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                Plaintiff,<br><br>   v.<br><br>JOHN DOE subscriber assigned IP address 96.242.53.79,<br><br>                Defendant. | Civil Case No. 2:21-cv-15681-WJM-AME<br><br>**SUPPLEMENTAL CERTIFICATION OF JOHN C. ATKIN IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT** |

John C. Atkin, Esq., of full age and on personal knowledge, hereby certifies as follows:

1. Upon information and belief, Defendant is not an infant or incompetent person.

2. A search for Defendant's name was conducted through the Defense Manpower Data Center, Service Members Civil Relief Act database. That search revealed no evidence that Defendant is in the military service.

3. On the date below, I caused a copy of this document to be served on Defendant via Regular Mail, pursuant to Fed. R. Civ. P. 5(b).

4. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements by me are willfully false, I am subject to punishment.

                                        **THE ATKIN FIRM, LLC**

DATED: June 1, 2022                     /s/ *John C. Atkin, Esq.*
                                        JOHN C. ATKIN